UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

UNITED STATES OF AMERICA     :

    :    **<u>SCHEDULING ORDER</u>**

v.    :

    :

THOMAS RIVERA,    :    7-24-cr-00238- PMH

    :

        Defendant.    :

---------------------------------------------------------------x

    An Initial Appearance is scheduled for May 22, 2024 at 2:30 p.m. in Courtroom 520 at the White Plains Courthouse.

    It is the responsibility of the Government to have the Defendant produced to Courtroom 520 of the White Plains Courthouse at that time.

    The Government shall file a proposed order to exclude time under the Speedy Trial Act.

**SO ORDERED:**

Dated: White Plains, New York
      April 22, 2024

_____

Philip M. Halpern
United States District Judge