# Federal Defenders
## OF NEW YORK, INC.

Tamara L. Giwa
*Executive Director*

---

> Application granted. The status conference scheduled for October 17, 2024 is adjourned to December 2, 2024 at 12:00 p.m. It is the Government's responsibility to have the defendant produced to Courtroom 520 at that time. The Parties shall advise the Court by November 25, 2024 if the status conference should be converted to a change of plea hearing. The Government shall file a proposed order to exclude time under the Speedy Trial Act. The Clerk of Court is respectfully requested to terminate the pending letter-motion (Doc. 42).
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>         October 15, 2024

The Honorable Philip M. Halpern
United States District Court Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re: **United States v. Thomas Rivera**
    **24 Cr. 00238 (PMH)**

Dear Honorable Halpern:

I am writing, jointly with the Government, to respectfully ask that Your Honor please adjourn Mr. Rivera's upcoming conference, which is scheduled for October 17, 2024, to a date in early December. The reason for this request is to allow Mr. Rivera to review a plea agreement which I expect to receive in the next few days. I thank you for your consideration and consent to the exclusion of time.

Thank you for your consideration of this request.

Sincerely,

/s/

Benjamin Gold
Assistant Federal Defender

cc:   A.U.S.A Marcia Cohen