**U.S. Department of Justice**

Application granted. The Clerk of Court is respectfully requested to terminate the pending letter-motion (Doc. 61).

SO ORDERED.

_____

Philip M. Halpern
United States District Judge

Dated:  White Plains, New York
          March 2, 2026

**VIA ECF**
The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas St.
New York, NY 10601-4150

Re:    *United States v. Thomas Rivera*
          S1 24 Cr. 238 (PMH)

Dear Judge Halpern:

The Government respectfully requests that the Court enter the attached Final Order of Forfeiture in this matter.  As set forth in the accompanying Declaration, all right, title, and interest of the Defendant, Thomas Rivera, in the Specific Property was ordered forfeited pursuant to a Consent Preliminary Order of Forfeiture as to Specific Property (Docket Entry 56) and no third-party claims have been filed within the statutory period.

Accordingly, the attached Final Order of Forfeiture should be entered so that the United States Marshals Service can dispose of the Specific Property according to law.

Respectfully submitted,

JAY CLAYTON
United States Attorney
Southern District of New York

By: /s/ *Marcia S. Cohen*
      Marcia S. Cohen
      Assistant United States Attorney
      Tel. (914) 993-1902

*Enclosure*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
                                                 :
UNITED STATES OF AMERICA             :      **FINAL ORDER OF**
                                                 :      **FORFEITURE**
          -v.-                                   :
                                                 :      S1 24 Cr. 238 (PMH)
THOMAS RIVERA,                          :
                                                 :
          Defendant.                         :
                                                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WHEREAS, on or about July 15, 2025, this Court entered a Consent Preliminary

Order of Forfeiture as to Specific Property (the "Preliminary Order of Forfeiture") (D.E. 56), which

ordered the forfeiture to the United States of all right, title and interest of THOMAS RIVERA (the

"Defendant") in the following property:

> a.    OnePlus 9 Pro phone with a black case, IMEI 990016750483933;
>        and
>
> b.    OnePlus 6T with Serial Number 2c69f80d

(a. and b., together, the "Specific Property");

WHEREAS, the Preliminary Order of Forfeiture directed the United States to

publish, for at least thirty (30) consecutive days, notice of the Preliminary Order of Forfeiture,

notice of the United States' intent to dispose of the Specific Property, and the requirement that any

person asserting a legal interest in the Specific Property must file a petition with the Court in

accordance with the requirements of Title 21, United States Code, Sections 853(n)(2) and (3).

Pursuant to Section 853(n), the United States could, to the extent practicable, provide direct written

notice to any person known to have an alleged interest in the Specific Property and as a substitute

for published notice as to those persons so notified;

WHEREAS, the provisions of Title 21, United State Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, require publication of a notice of forfeiture and of the Government's intent to dispose of the Specific Property before the United States can have clear title to the Specific Property;

WHEREAS, the Notice of Forfeiture and the intent of the United States to dispose of the Specific Property was posted on an official government internet site (www.forfeiture.gov) beginning on October 17, 2025, for thirty (30) consecutive days, through November 15, 2025, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions and proof of such publication was filed with the Clerk of the Court on February 27, 2025 (D.E. 60);

WHEREAS, thirty (30) days have expired since final publication of the Notice of Forfeiture and no petitions or claims to contest the forfeiture of the Specific Property have been filed;

WHEREAS, the Defendant is the only person and/or entity known by the Government to have a potential interest the Specific Property; and

WHEREAS, pursuant to Title 21, United States Code, Section 853(n)(7), the United States shall have clear title to any forfeited property if no petitions for a hearing to contest the forfeiture have been filed within thirty (30) days of final publication of notice of forfeiture as set forth in Title 21, United States Code, Section 853(n)(2);

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1.     All right, title and interest in the Specific Property is hereby forfeited and vested in the United States of America, and shall be disposed of according to law.

2.      Pursuant to Title 21, United States Code, Section 853(n)(7) the United States of America shall and is hereby deemed to have clear title to the Specific Property.

3.      The United States Marshals Service (or its designee) shall take possession of the Specific Property and dispose of the same according to law, in accordance with Title 21, United States Code, Section 853(h).

Dated: New York, New York
           _____, 2026

                                        SO ORDERED:

                                        _____
                                        HONORABLE PHILIP M. HALPERN
                                        UNITED STATES DISTRICT JUDGE